IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-45-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| AMEER ABU-HAMMAD, ) | |
| ) | |
| Defendant. ) | |

FILED
FEB 22 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY ____KM____ DEP CLK

The United States Attorney charges:

Between on or about 1 June 2015 and on or about 22 October 2015, in the Eastern District of North Carolina, AMEER ABU-HAMMAD, the Defendant herein, knowingly accessed with intent to view online websites containing images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), that involved a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce - to wit, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

JOHN STUART BRUCE
Acting United States Attorney

BY: JASON M. KELLHOFER
Assistant United States Attorney
Criminal Division