FILED IN OPEN COURT
ON 8/1/16
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-45-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| AMEER KAMAL ABU-HAMMAD, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 38 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the  1  day of August, 2016.

_____
W. EARL BRITT
U.S. District Judge