# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>AMEER ABU-HAMMAD<br><br><br>*Defendant* | )<br>)<br>) Case No. 5:16-CR-45-1BR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AMEER ABU-HAMMAD                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release conditions as stated in the motion for revocation

Peter A. Moore, Jr., Clerk of Court

Date: 01/11/2019                                               _____/s/_____
                                                                    *Issuing officer's signature*

City and state:   Raleigh, NC                                 Lauren Herrmann, Deputy Clerk
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 1/11/19, and the person was arrested on *(date)* 1/14/19
at *(city and state)* Raleigh, NC

Date: 1/14/19                                               P. Davis, DUSM
                                                                    *Arresting officer's signature*

                                                                    S. Tanner, USMS E/NC
                                                                    *Printed name and title*

FILED
JAN 14 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK

Case 5:16-cr-00045-BR   Document 47 *SEALED*   Filed 01/14/19   Page 1 of 1
Case 5:16-cr-00045-BR   Document 52   Filed 01/14/19   Page 1 of 1